BREEDLOVE v. BARGER, JUDGE OF SHELBY CIRCUIT COURT.

[No. 0-510. Filed May 28, 1958.]

*Willie Breedlove, pro se.*

PER CURIAM.—The issuance of an alternative writ of mandamus must be denied for failure to prosecute the action in the name of the State of Indiana, and for failure to comply with Rule 2-35.

NOTE.—Reported in 150 N. E. 2d 573.